UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kora Roberta Katz Vakil, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:17-CV-10315-GAO |
| Secretary of State, Massachusetts | * |
| Defendant. | * |

ORDER OF DISMISSAL

June 27, 2017

O'Toole, D.J.

Pursuant to FCRP 4(m) and Local Rule 4.1(b): This action is dismissed due to non-filing of service. This case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge